UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS        CIVIL COMPLAINT NO:
                                 1:17-cv-10936-NMG

Bharanidharan Padmanabhan MD PhD    )
   (Dr Bharani)   Plaintiff,       )
                                    )
v.                                  )
                                    )
James Paikos                        )
Loretta Cooke                       )
George Zachos                       )
Debra Stoller                       )
Susan Giordano                      )
Michael Henry                       )
Robin Richman                       )
Brent "Woody" Giessmann             )
George Abraham                      )
Candace Lapidus Sloane              )
        Defendants.         )

## MOTION FOR GRANTING ACCESS TO CM/ECF

Plaintiff Dr Bharani seeks the court's permission for access to the electronic filing system so he may electronically file court documents in this case.

Respectfully submitted,

30 May 2017

**Bharani Padmanabhan MD PhD**
*pro se*, 30 Gardner Road #6A, Brookline MA 02445
617 5666047, scleroplex@gmail.com

*Motion allowed.* s/NMGorton, USDJ 6/5/17

