United States District Court
District of Massachusetts

| | |
|---|---|
| Bharanidharan Padmanabhan, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.<br>) 17-10936-NMG |
| James Paikos et al., | )<br>) |
| Defendants. | ) |

**ORDER**

This case arises out of a dispute involving the indefinite suspension of a medical license held by Dr. Bharanidharam Padmanabhan a/k/a Dr. Bharani ("plaintiff"). Plaintiff alleges that several members and employees of the Massachusetts Board of Registration in Medicine (collectively, "defendants"), violated his due process and equal protection rights guaranteed by the Fourteenth Amendment by suspending his medical license.

Now pending before the Court is plaintiff's motion for "recusal and substitution/reassignment".

Plaintiff avers that this case should be reassigned to a different session because the assigned judge demonstrated bias in favor of Massachusetts Attorney General Maura Healey and others in an earlier case in which this Court dismissed plaintiff's complaint for failure to state a claim upon which

relief can be granted.[1] See generally Padmanabhan v. Healey, 159 F. Supp. 3d 220 (D. Mass. 2016).

Pursuant to 28 U.S.C. § 455(a), a judge

> shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

Although plaintiff complains caustically of bias, the First Circuit Court of Appeals has concluded that the judicial officer assigned to this case has exhibited no bias in the previous lawsuit and summarily affirmed the rulings of this Court. See Padmanabhan v. Healey, No. 16-1159 (1st Cir. entered Jan. 4, 2017) (appeal pending). Accordingly, plaintiff's motion for recusal and reassignment (Docket No. 7) is **DENIED**.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated July 14, 2017

---

[1] James Paikos and Loretta Cooke, employees of the Massachusetts Board of Registration in Medicine, are the only two defendants named in both cases.